

**U.S. Department of Justice**

*United States Attorney
District of Maryland*

*John W. Sippel, Jr.*  *Suite 400*  *DIRECT: 410-209-4807*
*Assistant United States Attorney*  *36 S. Charles Street*  *MAIN: 410-209-4800*
*John.Sippel@usdoj.gov*  *Baltimore, MD 21201-3119*  *FAX: 410-962-3124*

June 10, 2014

The Honorable Ellen Lipton Hollander
United States District Judge
United States Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

      Re:   *United States of America v. $165,685 U.S. Currency, etc.*
              Civil Action No. ELH-11-2906

Dear Judge Hollander:

      Pursuant to the Court's Order dated May 23, 2014, the Government advises that the stay in the above-captioned case can be lifted after defendant Richard Wilford's sentencing on July 24, 2014.

      Please contact me if you have any further questions about the forfeiture proceedings in this matter.

                      Very truly yours,

                      Rod J. Rosenstein
                      United States Attorney

                      By:             /s/
                         John W. Sippel, Jr.
                         Assistant United States Attorney