**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

Richard C. Kay
Assistant United States Attorney
Richard.Kay@usdoj.gov

Suite 400
36 S. Charles Street
Baltimore, MD 21201-3119

DIRECT: 410-209-4850
MAIN: 410-209-4800
FAX: 410-962-9293

August 25, 2014

Honorable Ellen L. Hollander
United States District Judge
U.S. Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

      Re:    United States v. $165,685 in U.S. Currency, et al.
              Civil No. ELH-11-2906                          .

Dear Judge Hollander:

      This is a civil forfeiture case against money, watches, and cars seized as part of a drug investigation and in connection with a criminal prosecution that recently concluded.   Today, I am filing a motion for a partial final order of forfeiture as to certain items of the defendant property.

      In particular, I reached an agreement with Faith Brooks pertaining to the $4,090 that she claimed.  I also reached an agreement with Michael Smooth with respect to three vehicles that he had claimed, two of which are defendant property in this case, and one of which was addressed in the George Plunkett criminal case.  Because all interests in the two cars and the $4,090 have been addressed, the Court can enter a partial final order as to those assets.  There is still about two weeks of time available for claims to be filed as to the third vehicle, a Mercedes Benz, in the Plunkett case.  Once that time has expired, if no further claims are filed, I will file a motion in the criminal case seeking a forfeiture order as to that one vehicle.

      In this case, there are remaining items of property claimed by Alvin Wells, who is represented by Andrew Graham, Esquire.   Mr. Graham and I have had a number of communications about this case, and I provided a proposed settlement agreement for Mr. Graham to review. If we can reach an agreement, I will file a motion seeking a final order that conforms to the agreement, and that should conclude this case.

      I believe that I have a further status report due on September 26th if this case is not completely resolved by then.

               Very truly yours,

               Rod J. Rosenstein
               United States Attorney

_____//s//_____
Richard C. Kay
Assistant United States Attorney

cc:      Counsel of record.